# United States District Court
## Southern District of Georgia

EARNEST CLAYTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 618-025

TREZONZA BOBBITT, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 23, 2018 adopting the Report and Recommendation as the opinion of the Court and overruling Plaintiff's objections, that Plaintiff's Complaint is dismissed, and is denied leave to proceed in forma pauperis on appeal; furthermore, Plaintiff's motion for extension of time to pay the filing fee is also denied. This case stands closed.



| 7/23/2018 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

/s/ Jamie Hodge

(By) Deputy Clerk